AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

PRINCE ANTHONY BLAKE

**WARRANT FOR ARREST**

CASE NUMBER: 06-335-M-01

To:   The United States Marshal
      and any Authorized United States Officer

FILED
AUG 0 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY COMMANDED to arrest _____PRINCE ANTHONY BLAKE_____
                                              Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

On or about July 24, 2006, in the District of Columbia, the defendant, PRINCE ANTHONY BLAKE, an alien who had previously been deported and removed from the United States, was found in the United States after that deportation without having obtained the required, express consent of the Attorney General or the Secretary of the Department of Homeland Security, as required by laws of the United States.

in violation of Title  8   United States Code, Section(s) 1326(a) & (b)(2)

IRMA J. RMU                                    IRMA J. RMU
Name of Issuing Officer                        Title of Issuing Officer

[signature]                                    JUL 28 2006   District of Columbia
Signature of Issuing Officer                   Date and Location

Bail fixed at $_____ by _____
                                         Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7-28-06 | Sean McLeod SDUSM | [signature] |
| DATE OF ARREST | | |
| 8-2-06 | | |