IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO.: |
| | : | |
| v. | : | MAGISTRATE NO.: 06-335M-01 (CR) |
| | : | |
| | : | VIOLATION: |
| **PRINCE ANTHONY BLAKE,** | : | |
| | : | 8 U.S.C. § 1326 |
| Defendant. | : | (Unlawful Reentry of a Removed Alien) |
| | : | |

## INFORMATION

The United States Attorney informs the Court:

### COUNT ONE

On or about July 21, 2006, within the District of Columbia, defendant **Prince Anthony Blake**, an alien who previously has been deported and removed from the United States, was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official, as required by laws of the United States.

(**Unlawful Reentry of a Removed Alien**, in violation of Title 8, U.S.C. Section 1326)

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451-058

by: _____
Michael C. Liebman
Assistant United States Attorney
D.C. Bar No. 479562
555 Fourth Street, N.W., room 4231
Washington, D.C. 20530
353-2385