# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR: 06-253 |
| ) | Mag. No. 06-335 (AK) |
| v. ) | |
| ) | **FILED** |
| PRINCE ANTHONY BLAKE ) | AUG 0 9 2006 |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

### ORDER

Upon consideration of defendant's unopposed motion for transfer to the Central Treatment Facility (CTF) made in open court on August 2, 2006, and pursuant to the Court's oral order granting such motion, it is by the Court hereby

**ORDERED** that the defendant shall be transferred forthwith from the Central Detention Facility to CTF.

**SO ORDERED.**

August 8, 2006
DATE

ALAN KAY
UNITED STATES MAGISTRATE JUDGE