```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA**      :   CRIMINAL NO.: 1:06-CR-253 (EGS)
              **v.**               :
                                    :
**PRINCE A. BLAKE,**              :

                Defendant.

### **Elements of the Offense of Illegal Re-entry After Deportation**

     The United States of America, by and through the United States Attorney for the District of Columbia, submits that the following elements make out the offense of illegal re-entry after deportation, in violation of 8 U.S. Code § 1326(a):

     (1) the defendant is an alien;

     (2) the defendant has been denied admission to, or excluded, deported or removed from the United States, or has departed the United States while an order of exclusion, deportation, or removal is outstanding; and thereafter

     (3) enters, attempts to enter, or is found in the United States, without the express consent of the Attorney General obtained prior to embarking to the United States.

        Respectfully submitted,

        KENNETH L. WAINSTEIN  
        United States Attorney

By: _____  
     Michael C. Liebman  
     Assistant United States Attorney  
     D.C. Bar No. 479562  
     555 Fourth Street, N.W., room 4231  
     Washington, D.C.  20530  
     353-2385  
     616-3782 (fax)  
     michael.liebman@usdoj.gov