IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Cr. No. 06-253 (EGS) |
| | : |
| **PRICE ANTHONY BLAKE,** | : |
| | : |
| | : |
| **Defendant.** | : |

## NOTICE OF CHANGE IN COUNSEL FROM THE OFFICE OF THE
## FEDERAL PUBLIC DEFENDER FOR DEFENDANT

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Rita Bosworth has assumed responsibility for the defense of Prince Anthony Blake in the above-captioned case.  Mr. Blake's case had previously been assigned to Assistant Federal Public Defender Lara Quint.

Respectfully submitted,

/s/
Rita Bosworth
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C.  20004
(202) 208-7500