UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES
      Plaintiff,

  vs.                                          Criminal No. 06-253  (EGS)
PRINCE ANTHONY BLAKE
      Defendant.
_____

**ORDER**

On **SEPTEMBER 15, 2006**, the defendant pled guilty to the one Count Information.

Accordingly, the U.S. Probation Department shall prepare and file a pre-sentence report by no later than **NOVEMBER 16, 2006**; defendant's memorandum of law, if any shall be filed by no later than **NOVEMBER 23, 2006**; the Government's memorandum of law, if any shall be filed by no later than **NOVEMBER 30, 2006,** a reply, if any, shall be filed by no later than **DECEMBER 7, 2006**; and it is further

ORDERED that the defendant shall be sentenced in Courtroom #24A, 4th Floor on **DECEMBER 14, 2006 AT 12:00 P.M.**

IT IS SO ORDERED.

DATE: September 15, 2006
                                     EMMET G. SULLIVAN
                            UNITED STATES DISTRICT JUDGE