UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES
    Plaintiff,

Criminal No. 06-253(EGS)

PRINCE ANTHONY BLAKE
    Defendant

FILED
SEP 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF INDICTMENT

I, PRINCE ANTHONY BLAKE the above named defendant, who is accused of

_____

_____

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

                                                                _____
                                                                 Defendant

                                                                 _____
                                                                Counsel for Defendant

Before _____
             Judicial Officer

AO 455(Rev.5/85) Waiver of Indictment