IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 1:06-CR-253-EGS |
| v. | : |
| PRINCE ANTHONY BLAKE, | : **FILED** |
| Defendant. | SEP 1 5 2006 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

## FACTUAL PROFFER
## IN SUPPORT OF GUILTY PLEA

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the government would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that on or about July 21, 2006, defendant Prince Anthony Blake was present in the United States in violation of federal law.

On or about January 9, 1985, the defendant, a native and citizen of Jamaica, was admitted into the United States as a lawful permanent resident.

On or about February 22, 1999, defendant Blake was ordered removed from the United States by an immigration judge.

On May 6, 1999, defendant Blake was placed on a flight from the United States to Jamaica, and was warned that he could not re-enter the United States, at any time, without the express consent of the Attorney General of the United States.

On July 21, 2006, defendant Blake was found in Washington, D.C., by an officer of the Metropolitan Police Department.

The defendant had not obtained the Attorney General's permission to return to the United States, and, accordingly, he was present in the United States, in violation of federal law.

                          Respectfully submitted,

                          KENNETH L. WAINSTEIN
                          United States Attorney

By: _____
     Michael C. Liebman
     Assistant United States Attorney
     D.C. Bar No. 479562
     555 Fourth Street, N.W., room 4231
     Washington, D.C.  20530
     353-2385
     616-3782 (fax)
     michael.liebman@usdoj.gov

**Defendant's Acceptance of Factual Proffer**

I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those in the plea agreement filed in connection with this case.

9-15 06
Date

_____
Prince Anthony Blake

**Defense Counsel's Acknowledgment**

I am the attorney for Prince Anthony Blake. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the United States.

9-15-06
Date

_____
Assistant Federal Public Defender

3